THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOSES LAPIR,<br><br>　　　　　Defendant. | No. 2:12-CR-00177-RSL-001<br><br>**ORDER GRANTING MOTION FOR TERMINATION OF SUPERVISED RELEASE** |

**ORDER**

Having reviewed Defendant's Motion for Termination of Supervised Release, pursuant to 18 U.S.C. § 3583(e)(1), I hereby grant and order supervision terminated.

DATED this __27th__ day of __May_____, 2021.

_/s/ Robert S. Lasnik_____
The Honorable Robert S. Lasnik
United States District Judge

ORDER GRANTING TERMINATION OF SUPERVISED RELEASE (No. 2:12-CR-00177-RSL-001) –1

152162855.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

*s/Thomas W. Hllier, II*
Thomas W. Hillier, II, No. 5193
Caitlin Hoeberlein, No. 56737
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359 6328
Facsimile: (206) 359 7328
Thillier@perkinscoie.com
CHoeberlein@perkinscoie.com

*Attorneys for Defendant*

ORDER GRANTING TERMINATION OF
SUPERVISED RELEASE (No. 2:12-
CR-00177-RSL-001) –2
152162855.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000